# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:07-cv-00298-FDW

| | |
|---|---|
| KAY ANN YORK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| AMERICAN INTERNATIONAL ) | ORDER |
| COMPANIES, doing business as AIG ) | |
| LIFE INSURANCE COMPANY/AIG ) | |
| CLAIM SERVICES, INC., and CRST ) | |
| VAN EXPEDITED, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court, *sua sponte*, as to the status of this case. This matter is governed by the "Standing Order Governing Civil Case Management Before The Honorable Frank D. Whitney" (3:07-mc-00047). Service of the Initial Scheduling Order, which is part of the Standing Order (3:07-mc-47 (Doc. No. 2)), is noted on the docket sheet as taking place on July 27, 2007, with a hyperlink to the document. Pursuant to the Initial Scheduling Order, the parties were required to confer as provided by Rule 26(f) within fourteen (14) calendar days following joinder of the issues and to file a Certification of such conference within five (5) calendar days after the IAC. Joinder of the issues in this case occurred on September 28, 2007, when Defendants filed their Answer to the Complaint. Nevertheless, both parties have failed to submit the requisite filing under the Court's Initial Scheduling Order, and the time for doing so has long since expired.

IT IS, THEREFORE, ORDERED THAT, the parties shall immediately familiarize themselves with the Court's Standing Order, including the Initial Scheduling Order. The parties shall file a conforming Certification of Initial Attorneys' Conference and proposed discovery plan

within seven (7) calendar days from the date of this Order and no later than **Wednesday, March 5, 2008**. Failure to do so may result in dismissal of the Complaint.

    IT IS SO ORDERED.

Signed: February 27, 2008

Frank D. Whitney
United States District Judge