IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-298-GCM**

| | | |
|---|---|---|
| KAY ANN YORK, | ) | |
| Plaintiff, | ) | <u>**ORDER**</u> |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN INTERNATIONAL | ) | |
| COMPANIES d/b/a AIG LIFE | ) | |
| INSURANCE COMPANY / AIG | ) | |
| CLAIM SERVICES, INC., and | ) | |
| CRST VAN EXPEDITED, INC., | ) | |
| Defendants. | ) | |

THIS MATTER is before the court on its own motion. The Parties filed their Certification and Report of Initial Attorneys' Conference [doc. 11] on March 3, 2008. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Tuesday, March 25, 2008 at 2:00 p.m.**

IT IS SO ORDERED.

Signed: March 5, 2008

Graham C. Mullen
United States District Judge