IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV298

KAY ANN YORK,                          )
                    Plaintiff,         )
                                       )
         v.                            )              ORDER
                                       )
AMERICAN INTERNATIONAL COMPANIES       )
d/b/a AIG LIFE INSURANCE COMPANY/AIG   )
CLAIM SERVICES, INC., and CRST VAN     )
EXPEDITED, INC.                        )
                    Defendants.        )
                                       )
_____)

THIS MATTER is before the Court upon Plaintiffs' Stipulation of Dismissal with

Prejudice. [Docket # 13].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil

Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.


Signed: March 25, 2008

Graham C. Mullen
United States District Judge